IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINCOLN SMITH, # 286532, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-627-WKW |
| | ) |
| CHRISTOPHER GORDY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 2, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 23rd day of July, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE